Craig J. **HATTIER**, Plaintiff–Appellant,

v.

Doris Galmiche **NETHERY**, Individually; Doris Galmiche Nethery, As the Limited Curatrix of James, "Jackie," J. Galmiche; Wilbert Glen Nethery, Defendants–Appellees.

No. 06–30221.

United States Court of Appeals, Fifth Circuit.

Jan. 16, 2007.

Craig J. Hattier, pro se.

Theodore S. Owers, III, Carver, Darden, Koretzky, Tessier Finn, Blossman & Areaux, New Orleans, LA, for Defendants–Appellees.

Before JONES, Chief Judge, WIENER and BARKSDALE, Circuit Judges.

PER CURIAM: *

Our review of the record on appeal and the arguments set forth in the briefs of counsel convince us that Plaintiff–Appellant Craig J. Hattier has failed to state any claim that is cognizable under federal law.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.